# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
March 11, 2020

In re:
    Dale Morgado
                      Debtor*

Case Number: 19–51232 jam
Chapter: 7

Robert Lee Ruszkowski, Jr. et al.
                      Plaintiff(s)
v.
Dale Morgado
                      Defendant(s)

Adversary Proceeding
No.: 19–05036 jam

### ORDER DENYING RELIEF AFTER HEARING

    Dale Morgado (the "Movant"), filed a Motion to Dismiss and for More Definite Statement dated February 12, 2020 (the "Motion", ECF No. 7). After notice and a hearing on the Motion held on March 10, 2020; it is hereby

    **ORDERED:** The Motion to Dismiss and for More Definite Statement is DENIED for the reasons stated on the record during the hearing held on March 10, 2020 .

Dated: March 11, 2020

BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 156 – rms

*For the purposes of this order, "Debtor" means "Debtors" where applicable.